**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TATIANA LYSENKO,

    Petitioner,

    v.

DEPARTMENT OF HOMELAND SECURITY, et al.

    Respondents.

No. C 06-02326 JSW

**ORDER TO SHOW CAUSE**

    Petitioner Tatiana Lysenko has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the petition by June 2, 2006. Petitioner may file a reply by June 16, 2006.

    IT IS FURTHER ORDERED that a hearing on the petition will be conducted on June 30, 2006 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: May 11, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE