KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TATIANA LYSENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; Federal Bureau of Investigation, ROBERT MUELLER, Director; US Attorney General, ALBERTO R. GONZALES; United States Citizenship and Immigration Services, ROBERT DIVINE, Acting Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief of Citizenship; United States Citizenship and Immigration Services, DAVID Still, District Director,<br><br>　　　　Defendants. | No. C 06-2326 JSW<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

　　Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

　　Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 06-2326 JSW

| | | |
|---|---|---|
| 1 | Date: May 22, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: May 22, 2006

/s/
MARINA SEREBRYANAYA
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 24, 2006

JEFFREY S. WHITE
United States District Judge

Stipulation to Dismiss
C 06-2326 JSW